GOMEZ, administrator, *v.* JOHNSON, *et al.*

SIMMONS, C. J.   No error of law was complained of ; and the verdict, after it had been reduced in compliance with the order of the trial judge, was supported by the evidence.   There was, therefore, no abuse of discretion in refusing a new trial.

*Judgment affirmed.    All the Justices concurring, except Little, J., absent.*

Argued February 17, — Decided March 12, 1902.

Complaint.   Before Judge Reid.   City court of Atlanta.   July 2, 1901.

*T. F. Corrigan,* for plaintiff in error.   *P. F. Smith,* contra.